UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

BRANDON EPPERSON,

    Plaintiff,                                                CASE NO. 11-cv-14363-KMM

v.

COMMERCIAL RECOVERY SYSTEMS, INC.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

    NOW COMES the Plaintiff, BRANDON EPPERSON, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

    Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

                                       RESPECTFULLY SUBMITTED,

                               By: /s/ Shireen Hormozdi
                                 Shireen Hormozdi
                                 Krohn & Moss, Ltd
                                 10474 Santa Monica Blvd., Suite 401
                                 Los Angeles, CA 90025
                                 Phone: (323) 988-2400 ext. 267
                                 Fax: (866) 802-0021
                                 Attorney for Plaintiff
                                 FBN: 0882461

## CERTIFICATE OF SERVICE

I, Shireen Hormozdi, herby certify that on December 30, 2011, Plaintiff's Notice of Settlement was filed via the ECF System. A copy of said Notice was served upon all counsel of record by way of the ECF System.

>By:  /s/ Shireen Hormozdi
>     Shireen Hormozdi
>     Krohn & Moss, Ltd
>     10474 Santa Monica Blvd., Suite 401
>     Los Angeles, CA 90025
>     Phone:  (323) 988-2400 ext. 267
>     Fax:    (866) 802-0021
>     Attorney for Plaintiff
>     FBN: 0882461