**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION**

BRANDON EPPERSON,

    Plaintiff,                                                CASE NO. 11-cv-14363-KMM

v.

COMMERCIAL RECOVERY SYSTEMS, INC.,

    Defendant.
_____/

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff, BRANDON EPPERSON, and Defendant, COMMERCIAL RECOVERY SYSTEMS, INC, stipulate, and the Court hereby orders, as follows:

The dispute between the parties has been settled; therefore, the claims asserted by Plaintiff, BRANDON EPPERSON, against Defendant, COMMERCIAL RECOVERY SYSTEMS, INC, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

Dated: March 7, 2012                          RESPECTFULLY SUBMITTED,

                                                           By: /s/ Shireen Hormozdi
                                                                    Shireen Hormozdi, Esq.
                                                                    FBN: 0882461
                                                                    Krohn & Moss, Ltd
                                                                    10474 Santa Monica Blvd.,
                                                                    Suite 401
                                                                    Los Angeles, CA 90025
                                                                    Phone: (323) 988-2400
                                                                    Fax: (866) 861-1390
                                                                    shormozdi@consumerlawcenter.com
                                                                    Attorney for Plaintiff
                                                                    BRANDON EPPERSON

Dated:  March 7, 2012                                   RESPECTFULLY SUBMITTED,

/s/ Dale T. Golden
GOLDEN & SCAZ, PLLC
Dale T. Golden, Esquire
FBN: 0094080
/s/ Charles J. McHale
Charles J. McHale, Esquire
Florida Bar No. 0026555
201 North Armenia Avenue
Tampa, FL 33609
Phone: 813-251-5500
Fax: 813-251-3675
Email: dale.golden@goldenscaz.com
Email: cmchale@goldenscaz.com
Attorneys for Defendant
COMMERCIAL RECOVERY
SYSTEMS, INC